IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 72

| | |
|---|---|
| JOHN MCGUINNESS, DIANE ELLER, JESS V. CLAMPITT, JR., RONNIE CLAMPITT, ROBERT and EARLENE Von der OSTEN, STEPHEN ZUCKER, NANCY MOSTELLER, JOHN MAKAR, and AURELIA STONE, <br><br> Plaintiffs <br><br> v <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | ORDER |

**THIS MATTER** is before the undersigned, pursuant to a Renewed Consent Motion to Enlarge Pretrial Order Deadlines (#16). In the motion, the parties request that the Plaintiffs' Motion for Summary Judgment be extended until June 1, 2016 and Defendant shall file its respective cross-motion for Summary Judgment on July 15, 2016. The Plaintiffs will be given until August 15, 2016 to file an responsive briefs and the Defendant will be allowed to file a sur-reply on August 31, 2016. It appears that good cause has been shown for the granting of the motion and the motion will be allowed.

# ORDER

**WHEREFORE, IT IS, ORDERED** that the Renewed Consent Motion to Enlarge Pretrial Order Deadlines (#16) is **ALLOWED** and it is **ORDERED** that the Pretrial Order and Case Management Plan now be amended to provide as follows:

**June 1, 2016**, Plaintiffs shall file their Motion for Summary Judgment and supporting pleadings;

**July 15, 2016**, Defendant shall file its respective cross-motion for Summary Judgment and supporting pleadings;

**August 15, 2016**, Plaintiffs shall file their responsive briefs;

**August 31, 2016**, Defendant shall file its sur-reply.

The Court may hear oral arguments on the cross-motion for Summary Judgment at a date acceptable to the Court following the close of all briefings.

Signed: June 14, 2016

Dennis L. Howell
United States Magistrate Judge