UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00072-MOC-DLH

| | | |
|---|---|---|
| **JOHN MCGUINNESS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES FOREST SERVICE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on its own Motion to Continue this case from the August 1, 2016 Asheville mixed term in light of the Amended Pretrial Order and Case Management Plan (#17), which sets the briefing deadlines for the parties' cross-summary judgment motions for August 31, 2016. As the parties are in the midst of briefing their summary judgment motions, the court will remove this matter from the August 1, 2016 term and continue it to the next Asheville mixed term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's Motion to Continue is **GRANTED**, and this matter is continued to the October 3, 2016 Asheville mixed term.

Signed: July 29, 2016

Max O. Cogburn Jr.
United States District Judge