UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00072-MOC-DLH

| | |
|---|---|
| **JOHN MCGUINNESS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **UNITED STATES FOREST SERVICE,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Plaintiffs' Motion for Partial Summary Judgment (#14) and Defendant's Motion for Summary Judgment (#18). It appearing that both Motions have been fully briefed and are ripe for review, the court will calendar these matters for oral argument.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar Plaintiffs' Motion for Partial Summary Judgment (#14) and Defendant's Motion for Summary Judgment (#18) for oral argument on the next available Asheville civil term.

Signed: September 6, 2016

Max O. Cogburn Jr.
United States District Judge