# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| JESS V. CLAMPITT JR. | ) | JUDGMENT IN CASE |
| RONNIE CLAMPITT | ) | |
| EARLENE VON DER OSTEN | ) | |
| JOHN MCGUINNESS | ) | |
| ROBERT VON DER OSTEN | ) | |
| DIANE ELLER | ) | |
| STEPHEN ZUCKER | ) | |
| NANCY MOSTELLER | ) | |
| JOHN MAKAR | ) | |
| AURELIA STONE, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-00072-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES FOREST SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2016 Memorandum of Decision and Order.

October 13, 2016

Frank G. Johns, Clerk
United States District Court